No. 125. GEORGE WELCH AND JACKOLINE WELCH *v.* WADDELL INVESTMENT COMPANY. See *ante,* p. 505.

---

No. 605. MARYLAND CASUALTY COMPANY *v.* OHIO RIVER GRAVEL COMPANY. December 5, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Wilton J. Lambert, D. H. Arnold, George F. Cushwa* and *R. H. Yeatman* for petitioner. No appearance for respondent.

---

No. 606. MARYLAND CASUALTY COMPANY *v.* OHIO RIVER GRAVEL COMPANY AND ZEBEDEE WESTFALL. December 5, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Wilton J. Lambert, D. H. Arnold, George F. Cushwa* and *R. H. Yeatman* for petitioner. *Messrs. U. G. Young* and *J. C. McWhorter* for respondents.

---

No. 608. BENZO GAS MOTOR FUEL COMPANY *v.* THE NATIONAL REFINING COMPANY. December 5, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry L. McCune* for petitioner. *Messrs. T. H. Hogsett* and *I. J. Ringolsky* for respondent.

---

No. 609. LOUISIANA RAILWAY & NAVIGATION COMPANY *v.* WALTER McGLORY. December 5, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. H. Randolph* for petitioner. *Mr. S. P. Jones* for respondent.

---

No. 127. BACON SERVICE CORPORATION *v.* FRED C. HUSS, CAPTAIN OF THE FRESNO COUNTY TRAFFIC SQUAD. See *ante,* p. 507.